No. 1214. AMERICAN POWER & LIGHT CO. ET AL. *v.* SECURITIES & EXCHANGE COMMISSION. May 19, 1947. Petition for writ of certiorari to the Circuit Court of Appeals for the First Circuit denied. *R. A. Henderson* for petitioners. *Acting Solicitor General Washington, Howard E. Wahrenbrock, Roger S. Foster, Robert S. Rubin, David Ferber* and *Myer Feldman* for respondent.

No. 1215. EAST ET AL., DOING BUSINESS AS L. EAST PRODUCE CO., *v.* PORTER, PRICE ADMINISTRATOR. May 19, 1947. Petition for writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit denied. *Harry S. Pollard* for petitioners. *Acting Solicitor General Washington, William E. Remy, David London, Samuel Mermin* and *Jacob W. Rosenthal* for respondent.

No. 1217. VIRGINIA DARE TRANSPORTATION CO., INC. *v.* NORFOLK SOUTHERN BUS CORP.; and

No. 1218. NORFOLK SOUTHERN BUS CORP. *v.* VIRGINIA DARE TRANSPORTATION CO., INC. May 19, 1947. Petitions for writs of certiorari to the Circuit Court of Appeals for the Fourth Circuit denied. *W. R. Ashburn* and *J. C. B. Ehringhaus* for petitioner in No. 1217 and respondent in No. 1218. *S. Burnell Bragg, J. Kenyon Wilson, Arthur J. Winder* and *James G. Martin* for respondent in No. 1217 and petitioner in No. 1218. Reported below: 159 F. 2d 306.

No. 1219. RESER *v.* FLEMING, TEMPORARY CONTROLS ADMINISTRATOR. May 19, 1947. Petition for writ of certiorari to the United States Emergency Court of Appeals denied. *Al M. Heck* and *Park Street* for petitioner. *Act-*

828

*ing Solicitor General Washington, Carl A. Auerbach, Harry H. Schneider* and *Josephine H. Klein* for respondent.

No. 1226. Texasteel Manufacturing Co. et al. *v.* Seaboard Surety Co.; and

No. 1227. Armstrong et al. *v.* Seaboard Surety Co. May 19, 1947. Petitions for writs of certiorari to the Circuit Court of Appeals for the Fifth Circuit denied. *Alfred McKnight* for petitioners. *William E. Allen* and *Lewis M. Stevens* for respondent. Reported below: 158 F. 2d 90.

No. 1236. Jones & Laughlin Steel Corp. *v.* United Mine Workers of America et al. May 19, 1947. Petition for writ of certiorari to the United States Court of Appeals for the District of Columbia denied. *John C. Bane, Jr., John J. Wilson, John C. Gall, H. Parker Sharp* and *Alan D. Riester* for petitioner. *Acting Solicitor General Washington, Peyton Ford, John Ford Baecher, Paul A. Sweeney* and *Harry I. Rand* for the government respondents.

No. 1239. Hurt et al. *v.* Cotton States Fertilizer Co. et al. May 19, 1947. Petition for writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit denied. *Murray C. Bernays* for Hurt, petitioner. *Charles J. Bloch* for the Cotton States Fertilizer Co. et al., and *Geo. P. Whitman* for Ellis, respondents.

No. 1246. Wall Wire Products Co. *v.* Walling, Wage & Hour Administrator. May 19, 1947. Petition